**Dismissed and Opinion Filed November 19, 2020**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00774-CV

**2999TC ACQUISITIONS, LLC F/K/A MO 2999TC, LLC, Appellant**
**V.**
**HNGH TURTLE CREEK, LLC, WILLIAM L. HUTCHINSON,**
**VIPIN NAMBIAR, HN GREEN HOLLOW CAPITAL PARTNERS, LLC,**
**2999 TURTLE CREEK, LLC, AND MADISON REALTY CAPITAL, LP,**
**Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05864**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Evans
Opinion by Justice Pedersen, III

Before the Court are (1) appellant's Notice of Nonsuit in District Court and (2) appellees HNGH Turtle Creek, LLC, William L. Hutchinson, Vipin Nambiar, and HN Green Hollow Capital Partners, LLC's (collectively, HNGH Turtle Creek) Expedited Motion to Dismiss Appeal as Moot Due to Nonsuit. In its notice of nonsuit, appellant states that it no longer desires to pursue this interlocutory appeal. Accordingly, we construe appellant's notice of nonsuit filing as a motion to

dismiss the appeal.  We grant the motion and dismiss the appeal.  *See* TEX. R. APP.
P. 42.1(a)(1).

We deny as moot HNGH Turtle Creek's motion to dismiss the appeal.


200774f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

2999TC ACQUISITIONS, LLC
F/K/A MO 2999TC, LLC, Appellant

No. 05-20-00774-CV      V.

HNGH TURTLE CREEK, LLC,
WILLIAM L. HUTCHINSON, VIPIN
NAMBIAR, HN GREEN HOLLOW
CAPITAL PARTNERS, LLC, 2999
TURTLE CREEK, LLC, AND
MADISON REALTY CAPITAL, LP,
Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-05864.
Opinion delivered by Justice
Pedersen, III. Justices Partida-Kipness
and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees HNGH TURTLE CREEK, LLC, WILLIAM L. HUTCHINSON, VIPIN NAMBIAR, HN GREEN HOLLOW CAPITAL PARTNERS, LLC, 2999 TURTLE CREEK, LLC, AND MADISON REALTY CAPITAL, LP recover their costs of this appeal from appellant 2999TC ACQUISITIONS, LLC F/K/A MO 2999TC, LLC.

Judgment entered this 19th day of November, 2020.